UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.E.<br><br>PLAINTIFF(S)<br>v.<br><br>Anthem Blue Cross Life and Health Insurance Company<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:14-cv-03306<br><br>NOTICE TO FILER OF DEFICIENCIES IN CASE OPENING AND CLOSURE OF CASE |

**PLEASE TAKE NOTICE:**

    A case-initiating document was submitted for filing in this case. Pursuant to Local Rule 3-2, case-initiating documents shall be manually filed. This case is not eligible for the Attorney Case-Opening Pilot Project authorized by General Order 14-01, and is not otherwise exempt from Local Rule 3-2. This case shall be administratively closed and any filing fees paid are to be automatically refunded. If you wish to pursue this action, the case-initiating document must be filed manually in compliance with Local Rule 3-2. Unless you are filing on behalf of the United States or the fee is exempt pursuant to statute, the full filing fee must be paid at the time you re-file your case-initiating document even if you have not yet received your refund of the previously paid fee. Any subsequently submitted case-initiating document will be assigned a new case number and be deemed filed at the time of re-submission.

May 6, 2014
_____
Date

_____
United States District Judge